IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL J. ROHADFOX,
    Petitioner,

vs.                                                       3:12cv579/RV/CJK

MICHAEL D. CREWS,
    Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 28, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

DONE AND ORDERED this 3rd day of April, 2013.

                                          /s/ *Roger Vinson*
                                          ROGER VINSON
                                          SENIOR UNITED STATES DISTRICT JUDGE